| Date | Pleading Number | |
|---|---|---|
| 12/4/75 | 1. | MOTION & SUPPORTING MEMORANDUM -- by Good Samaritan Nursing Center -- w/Notice of Motion, Affidavit of ~~Counsel~~ MarkTurk and attached complaints in each of the two involved actions. Affidavit of service by mail on attorneys and affidvit of filing on clerks. REQUESTED TRANSFEREE FORUM: District of North Dakota |
| 12/16/75 | | APPEARANCES -- T. M. Gallo for def. Vera Likins, as Comm'r of Minn. Dept. of Public Welfare<br>J. A. Winters, for def. Polk County Welfare Board<br>C. D. Forslund, for pltf. Good Samaritan Nursing Center |
| 12/16/75 | | REQUEST FOR EXTENSION -- Counsel for Vera~~XX~~ Likins -- GRANTED to 12/30/75 |
| 12/18/75 | | APPEARANCES -- J. Nelson for Social Service Board of North Dakota<br>J. Burke for Walsh County Welfare Board |
| 12/19/75 | | APPEARANCE --- C. D. Forslund for Pltf. Good Samaritan Nursing Center |
| 12/31/75 | 2 | RESPONSE -- VERA LIKINS w/cert. of service |
| 12/30/75 | | HEARING ORDER -- SETTING A-1 and A-2 FOR HEARING, JAN. 23, 1976 -- WASH., D.C. |
| 1/5/75 | 3 | REPLY BRIEF -- GOOD SAMARITAN NURSING CENTER w/cert. of service |
| 1/23/76 | | WAIVER OF ORAL ARGUMENT -- DEFENDANT LIKINS, GOOD SAMARITAN NURSING CENTER and POLK COUNTY WELFARE BOARD |
| 6/3/76 | | OPINION AND ORDER ~~DENXNEX~~ DENIEING TRANSFER OF LITIGATION |

## Description of Litigation

IN RE INTERSTATE MEDICAID PATIENTS AT GOOD SAMARITAN NURSING CENTER

### Summary of Panel Action

Date(s) of Hearing(s): 1/23/76

Date(s) of Opinion(s) or Order(s): 6/3/76

Consolidation Ordered: ___  
Consolidation Denied: X  
Name of Transferee Judge: ___  
Transferee District: ___

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Good Samaritan Nursing Center v. Grand Forks County Welfare Board, et al. | N.D. Benson | A2-75-77 | | | | |
| A-2 | Good Samaritan Nursing Center v. Polk County Welfare Board, et al. | Minn. Larson | 4-75 440 | | | | |

AMENDED: 12/18/75    p. _____

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 238 -- IN RE INTERSTATE MEDICAID PATIENTS AT GOOD SAMARITAN NURSING CENTER

| Plaintiff | Defendant |
|---|---|
| GOOD SAMARITAN NURSING CENTER (A-1 & A-2)<br>Curtis D. Forslund, Esquire<br>Gray, Plant, Mooty & Anderson<br>300 Roanoke Building<br>Minneapolis, Minnesota 55402 | GRAND FORKS COUNTY WELFARE BOARD<br>John Marshall, Esquire<br>Grand Forks County Attorney<br>Post Office Box 216<br>Grand Forks, North Dakota 58201<br><br>WALSH COUNTY WELFARE BOARD<br>John Burke, Esquire<br>Walsh County States Attorney<br>Post Office Box 578<br>Grafton, North Dakota 58237<br><br>SOCIAL SERVICE BOARD OF NORTH DAKOTA<br>Jon Nelson, Esquire<br>c/o Social Service Board of North Dakota<br>State Capitol<br>Bismarck, North Dakota 58505<br><br>POLK COUNTY WELFARE BOARD<br>John A. Winters, Esquire<br>Polk County Attorney<br>Polk County State Bank Building<br>Crookston, Minnesota 56716<br><br>VERA LIKENS, AS COMMISSIONER OF THE MINNESOTA DEPARTMENT OF PUBLIC WELFARE<br>Tibor M. Gallo, Esquire<br>Special Assistant Attorney General<br>4th Floor, Centennial Building<br>St. Paul, Minnesota 55155 |